IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| GALE BRICE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 115-108 |
| | * | |
| WAL-MART STORES EAST, | * | |
| LP/STORE #3570 and/or | * | |
| A.B.C. that individual | * | |
| partnership, corporation | * | |
| or company doing business as | * | |
| the same on October 6, 2012 | * | |
| and/or responsible when | * | |
| plaintiff fell at the | * | |
| Walmart Supercenter store | * | |
| #370 Evans, Georgia, | * | |
| | * | |
| Defendant. | * | |

# O R D E R

On October 30, 2015, Plaintiff filed a "Dismissal with Prejudice." (Doc. 9.) However, because Defendant previously filed an answer (Doc. 1-1), Plaintiff cannot dismiss this action without "a stipulation of dismissal signed by all parties who have appeared." See Fed. R. Civ. P. 41(a)(1)(A). **IT IS THEREFORE ORDERED** that Plaintiff file a stipulation of dismissal consistent with the foregoing **no later than August 5, 2016.**

**ORDER ENTERED** at Augusta, Georgia, this 26th day of July, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA