IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| GALE BRICE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 115-108 |
| | * | |
| WAL-MART STORES EAST, | * | |
| LP STORE #3570 and/or | * | |
| A.B.C. that individual | * | |
| partnership, corporation | * | |
| or company doing business as | * | |
| the same on October 6, 2012 | * | |
| and/or responsible when | * | |
| plaintiff fell at the | * | |
| Walmart Supercenter store | * | |
| #3570 Evans, Georgia, | * | |
| | * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is the parties' "Stipulation to Dismiss." (Doc. 11.) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**. (Docs. 9, 11.) The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this _1ST_ day of August, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA